TRENTON ARMS, INC., PLAINTIFF-PETITIONER, v. STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANSPORTATION, DEFENDANT-RESPONDENT.

*Messrs. Heller & Laiks* for the petitioner.

*Mr. Arthur J. Sills, Mr. Elias Abelson* and *Mr. Royal B. Giffen* for the respondent.

September 17, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN RAMOS, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Richard Newman* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. Edward C. Megill* for the respondent.

September 17, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SIDNEY JEFFERSON, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Peter Murray* and *Mrs. Miriam N. Span* for the petitioners.

*Mr. Vincent Panaro* and *Mr. Edward J. Phelan* for the respondent.

September 17, 1968. Denied.